USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KLAUBER BROTHERS, INC.,

                Plaintiff,

          -against-

QVC, INC., QUARATE RETAIL GROUP, INC.,
XCEL BRANDS, LAI APPAREL DESIGN, INC.,
and DOES 1-10,

                Defendants.

1:19-cv-09321 (MKV)

**<u>ORDER</u>**

---

MARY KAY VYSKOCIL, United States District Judge:

On May 6, 2026, defendants QVC, Inc. and Qurate Retail Group filed a Suggestion of Bankruptcy and Notice of Automatic Stay, [ECF No. 63], advising that on April 16, 2026, QVC, Inc. and Qurate Retail Group each filed a chapter 11 bankruptcy petition in the United States Bankruptcy Court for the Southern District of Texas, commencing cases being jointly administered under the lead case *In re QVC Group, Inc.*, et al., Case. No. 26-90447 (ARP).

Accordingly, IT IS HEREBY ORDERED that this matter is automatically stayed as to defendants QVC, Inc. and Qurate Retail Group pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. § 362, by reason of the filing of the bankruptcy petitions in the United States Bankruptcy Court for the Southern District of Texas under Case No. 26-90447.

IT IS FURTHER ORDERED that, as to defendants QVC, Inc. and Qurate Retail Group, all deadlines and hearings in this case are adjourned *sine die*.

1

2

IT IS FURTHER ORDERED that the Parties shall submit within one week of this Order a joint letter concerning their positions on the scope of the stay, including its impact on the recently filed second amended complaint, [ECF No. 66], and the recently noticed appeal, [ECF No. 67].

IT IS FURTHER ORDERED that defendants QVC, Inc. and Qurate Retail Group shall file a report on the status of the Bankruptcy Cases on or before August 31, 2026, and every three months thereafter, or within one week of the termination of the Bankruptcy Cases or any order lifting the automatic stay with respect to this case.

The Clerk of Court is respectfully requested to terminate docket entry number 68.

**SO ORDERED.**

**Date:   May 29, 2026**
       **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**