USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KLAUBER BROTHERS, INC.,

Plaintiff,

-against-

QVC, INC., QUARATE RETAIL GROUP, INC.,
XCEL BRANDS, LAI APPAREL DESIGN, INC.,
and DOES 1-10,

Defendants.

1:19-cv-09321 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

Counsel for the Parties appeared before the Court for a pre-motion conference today, June 30, 2026.  *See* [ECF Nos. 73–77].  Consistent with the position previously laid out in a joint letter, the Parties confirmed on the record that "the claims set forth in [the] Second Amended Complaint as to Subject Designs A and D against Defendant  Xcel Brands, Inc. ('Xcel') should remain active and proceed, but the claims against defendants QVC, Inc. ('QVC') and Qurate Retail Group, Inc. ('Qurate') are stayed pursuant to . . . 11 U.S.C. § 362(a)(1)." [ECF No. 72].  Counsel to Defendants also confirmed that the anticipated partial motion to dismiss will be made on behalf of both "defendants Xcel and Lai." [ECF No. 73] at 1.  Finally, the Parties confirmed that, notwithstanding potential inefficiencies related to the automatic stay and the pending appeal to the Second Circuit, *see* [ECF No. 67], they prefer to proceed with litigation as to the Parties and claims that remain active before this Court.

Accordingly, it is HEREBY ORDERED that, on or before July 24, 2026, Defendants Xcel and Lai shall file their anticipated partial motion to dismiss the Second Amended Complaint;

1

Plaintiff's opposition shall be filed on or before August 7, 2026; and any reply shall be filed on or before August 17, 2026.


**SO ORDERED.**

**Date:  June 30, 2026**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

2